**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cr-20627-MOORE

UNITED STATES OF AMERICA

v.

TEVIS ROBINSON, JR.,

      Defendant.

_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

**THIS CAUSE** has been referred to the undersigned United States Magistrate Judge by the Honorable K. Michael Moore, United States District Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release as to Defendant Tevis Robinson, Jr.  (ECF No. 345).

Upon referral to the undersigned, the matter was set for status conference on November 3, 2023, for the purpose of scheduling an evidentiary hearing on the violations alleged in the Petition for Warrant for Summons for Offender Under Supervision.  (ECF No. 337).  At the status conference, defense counsel represented Defendant's intent to admit to the violations alleged in the Petition and requested that the matter be set for a final revocation hearing before Judge Moore. (ECF No. 351).

Accordingly, it is the recommendation of the undersigned that the District Court set the matter for a final hearing and accept Defendant's admission of guilt as to the violations alleged in the Petition (ECF No. 337).

1

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable K. Michael Moore, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation.  Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 7th day of December, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable K. Michael Moore
Counsel of Record

2